001079
300001 70062
9372886 9372886
002 - 1001

# Earnings Statement

**ADP®**

 **Able** Services

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

Period Beginning:     04/14/2019
Period Ending:        04/20/2019
Pay Date:             04/26/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        1
  PA:             N/A

FREDERICK C JAMES
8849 ROOSEVELT BLVD.
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.6900 | 32.00 | 1,078.08 | 19,955.64 |
| Holiday O T | 50.5350 | 8.00 | 404.28 | 404.28 |
| Holiday Pay | 33.6900 | 8.00 | 269.52 | 808.56 |
| Overtime | | | | 566.01 |
| Floating Hol | | | | 269.52 |
| Sick | | | | 1,886.64 |
| **Gross Pay** | | | **$1,751.88** | 23,890.65 |

Your federal taxable wages this period are
$1,753.49
Your PA taxable wages this period are
$1,751.23
Your Philadelphia taxable wages this period are
$1,754.14

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -272.28 | 3,332.30 |
| | Social Security Tax | -108.72 | 1,482.80 |
| | Medicare Tax | -25.42 | 346.78 |
| | PA State Income Tax | -53.76 | 733.09 |
| | Philadelphia Income Tax | -68.08 | 928.59 |
| | PA SUI/SDI Tax | -1.05 | 14.33 |
| | **Other** | | |
| | Accident Ins | -1.54 | 25.67 |
| | Addfam | -0.65* | 10.40 |
| | Hosp Indem | -2.86 | 46.31 |
| | Union Dues | -21.06 | 315.90 |
| | **Net Pay** | **$1,196.46** | |
| | Checking | -1,196.46 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.26 | 35.84 |
| Tot Work Hours | 40.00 | 600.00 |
| Sick Balance | | 8.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | 5006661 |

**Important Notes**
BASIS OF PAY: HOURLY

©1998, 2006. ADP, LLC   All Rights Reserved.

**TEAR HERE**

* **Excluded from federal taxable wages**

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Able** Services

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA  94107
(415)981-8070

Advice number:       00000170062
Pay date:            04/26/2019

Deposited to the account of
FREDERICK C JAMES

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxx5260 | xxxx xxxx | $1,196.46 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



R742962423

KNOW YOUR ENDORSER · REQUIRE IDENTIFICATION

▽ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▽

TRANSIT ENDORSEMENT

HOLD AT AN ANGLE TO VIEW
ADP WATERMARK

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

000682
wp-13556 mdc    CHR
9372886  9372886  930000180061  350689
002-1001

# Earnings Statement

**ADP**

 Services

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

| | |
|---|---|
| Period Beginning: | 04/21/2019 |
| Period Ending: | 04/27/2019 |
| Pay Date: | 05/03/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:     1
   PA:       N/A

**FREDERICK C JAMES**
**8849 ROOSEVELT BLVD.**
**PHILADELPHIA PA 19152**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 34.4400 | 32.00 | 1,102.08 | 21,057.72 |
| Overtime | | | | 566.01 |
| Floating Hol | | | | 269.52 |
| Holiday O T | | | | 404.28 |
| Holiday Pay | | | | 808.56 |
| Sick | | | | 1,886.64 |
| **Gross Pay** | | | **$1,102.08** | 24,992.73 |

Your federal taxable wages this period are
$1,103.69
Your PA taxable wages this period are
$1,101.43
Your Philadelphia taxable wages this period are
$1,104.34

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.33 | 3,461.63 |
| | Social Security Tax | -68.43 | 1,551.23 |
| | Medicare Tax | -16.01 | 362.79 |
| | PA State Income Tax | -33.81 | 766.90 |
| | Philadelphia Income Tax | -42.86 | 971.45 |
| | PA SUI/SDI Tax | -0.67 | 15.00 |
| | **Other** | | |
| | Accident Ins | -1.54 | 27.21 |
| | Addfam | -0.65* | 11.05 |
| | Hosp Indem | -2.86 | 49.17 |
| | Union Dues | -21.06 | 336.96 |
| | **Net Pay** | **$784.86** | |
| | Checking | -784.86 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.26 | 38.10 |
| Tot Work Hours | 32.00 | 632.00 |
| Sick Balance | | 8.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | 5006661 |

**Important Notes**
BASIS OF PAY: HOURLY

**\* Excluded from federal taxable wages**

©1998, 2006, ADP, LLC   All Rights Reserved.

© 2000 ADP, LLC

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Able Services

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA  94107
(415)981-8070

| | |
|---|---|
| Advice number: | 00000180061 |
| Pay date: | 05/03/2019 |

**Deposited to the account of**
**FREDERICK C JAMES**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx5260 | xxxx xxxx | $784.86 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



KNOW YOUR ENDORSER · REQUIRE IDENTIFICATION

▽ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▽

R739946813

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

# Earnings Statement

  Services

**CROWN ENERGY SERVICES, INC**
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

| | |
|---|---|
| Period Beginning: | 04/28/2019 |
| Period Ending: | 05/04/2019 |
| Pay Date: | 05/10/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:         1
   PA:              N/A

**FREDERICK C JAMES**
**8849 ROOSEVELT BLVD.**
**PHILADELPHIA PA 19152**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.6900 | 40.00 | 1,347.60 | 22,405.32 |
| Ppa Regular | 33.6900 | 8.00 | 269.52 | 269.52 |
| Overtime | | | | 566.01 |
| Floating Hol | | | | 269.52 |
| Holiday O T | | | | 404.28 |
| Holiday Pay | | | | 808.56 |
| Sick | | | | 1,886.64 |
| **Gross Pay** | | | **$1,617.12** | 26,609.85 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -242.64 | 3,704.27 |
| | Social Security Tax | -100.36 | 1,651.59 |
| | Medicare Tax | -23.47 | 386.26 |
| | PA State Income Tax | -49.63 | 816.53 |
| | Philadelphia Income Tax | -62.85 | 1,034.30 |
| | PA SUI/SDI Tax | -0.97 | 15.97 |
| | **Other** | | |
| | Accident Ins | -1.54 | 28.75 |
| | Addfam | -0.65* | 11.70 |
| | Hosp Indem | -2.86 | 52.03 |
| | Union Dues | -21.06 | 358.02 |
| | **Net Pay** | **$1,111.09** | |
| | Checking | -1,111.09 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,618.73
Your PA taxable wages this period are
$1,616.47
Your Philadelphia taxable wages this period are
$1,619.38

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.26 | 40.36 |
| Tot Work Hours | 40.00 | 672.00 |
| Sick Balance | | 8.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | 5006661 |

**Important Notes**
BASIS OF PAY: HOURLY

©1998, 2006, ADP, LLC   All Rights Reserved.
© 2000 ADP, LLC

▲ TEAR HERE ▼

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

  Services

**CROWN ENERGY SERVICES, INC**
868 FOLSOM STREET
SAN FRANCISCO, CA  94107
(415)981-8070

| | |
|---|---|
| Advice number: | 00000190062 |
| Pay date: | 05/10/2019 |

**Deposited to the account of**
**FREDERICK C JAMES**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxx5260 | xxxx  xxxx | $1,111.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



**Earnings Statement**  ADP

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

| Period Beginning: | 05/12/2019 |
| Period Ending: | 05/18/2019 |
| Pay Date: | 05/24/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

FREDERICK C JAMES
8849 ROOSEVELT BLVD.
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 34.4400 | 40.00 | 1,377.60 | 24,885.00 |
| Overtime | | | | 566.01 |
| Floating Hol | | | | 269.52 |
| Holiday O T | | | | 404.28 |
| Holiday Pay | | | | 808.56 |
| Ppa Regular | | | | 269.52 |
| Sick | | | | 2,156.16 |
| **Gross Pay** | | | **$1,377.60** | 29,359.05 |

Your federal taxable wages this period are $1,379.21
Your PA taxable wages this period are $1,376.95
Your Philadelphia taxable wages this period are $1,379.86

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 2.26 | 44.88 |
| Tot Work Hours | 40.00 | 744.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | 5006661 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -189.94 | 4,082.83 |
| | Social Security Tax | -85.51 | 1,822.24 |
| | Medicare Tax | -20.00 | 426.17 |
| | PA State Income Tax | -42.27 | 900.88 |
| | Philadelphia Income Tax | -53.55 | 1,141.17 |
| | PA SUI/SDI Tax | -0.83 | 17.62 |
| | **Other** | | |
| | Accident Ins | -1.54 | 31.83 |
| | Addfam | -0.65* | 13.00 |
| | Hosp Indem | -2.86 | 57.75 |
| | Union Dues | -21.06 | 400.14 |
| | **Net Pay** | **$959.39** | |
| | Checking | -959.39 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
©1998, 2006 ADP, LLC  All Rights Reserved.

Able Services  CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

| Advice number: | 00000210063 |
| Pay date: | 05/24/2019 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| FREDERICK C JAMES | xxxxxxxxx5260 | xxxx xxxx | $959.39 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



007870
MDP 1 256039
3000230063
9372886  9372886
002 - 1001

# Earnings Statement

**ADP**



Able Services

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

| | |
|---|---|
| Period Beginning: | 05/26/2019 |
| Period Ending: | 06/01/2019 |
| Pay Date: | 06/07/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:     1
   PA:      N/A

**FREDERICK C JAMES**
**8849 ROOSEVELT BLVD.**
**PHILADELPHIA PA 19152**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 34.4400 | 34.00 | 1,170.96 | 27,433.56 |
| Holiday Pay | 33.6900 | 8.00 | 269.52 | 1,078.08 |
| Overtime | | | | 566.01 |
| Floating Hol | | | | 269.52 |
| Holiday O T | | | | 404.28 |
| Ppa Regular | | | | 269.52 |
| Sick | | | | 2,156.16 |
| **Gross Pay** | | | **$1,440.48** | 32,177.13 |

Your federal taxable wages this period are
$1,442.09
Your PA taxable wages this period are
$1,439.83
Your Philadelphia taxable wages this period are
$1,442.74

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -203.78 | 4,476.20 |
| | Social Security Tax | -89.41 | 1,997.06 |
| | Medicare Tax | -20.91 | 467.05 |
| | PA State Income Tax | -44.20 | 987.37 |
| | Philadelphia Income Tax | -55.99 | 1,250.62 |
| | PA SUI/SDI Tax | -0.87 | 19.31 |
| | **Other** | | |
| | Accident Ins | -1.54 | 33.37 |
| | Addfam | -0.65* | 13.65 |
| | Hosp Indem | -2.86 | 60.61 |
| | Union Dues | -21.06 | 442.26 |
| | **Net Pay** | **$999.21** | |
| | Checking | -999.21 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.26 | 47.14 |
| Tot Work Hours | 34.00 | 818.00 |
| Vacation Bal | | 80.00 |
| Employee I.D. | | 5006661 |

**Important Notes**
BASIS OF PAY: HOURLY

\* Excluded from federal taxable wages

©1998, 2006 ADP, LLC   All Rights Reserved.
© 2000 ADP, LLC
TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Able Services

CROWN ENERGY SERVICES, INC
868 FOLSOM STREET
SAN FRANCISCO, CA 94107
(415)981-8070

| | |
|---|---|
| Advice number: | 00000230063 |
| Pay date: | 06/07/2019 |

Deposited to the account of
**FREDERICK C JAMES**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxx5260 | xxxx xxxx | $999.21 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

▽ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▽

TRANSIT ENDORSEMENT

HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

R75256684Z1

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS