UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 14, 2019

To:
**Henry Alan Jefferson**
1735 Market Street
Suite 3750
Phila, Pa 19103

In re: **Frederick James**
Bankruptcy No. **19-13566**
Adversary No.
Chapter 13

Re **Fee Due**

The above document(s) were filed in this office on 6/13/19 . Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| (X) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| ( ) | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By:**Tasha D. Dawsonia**
Deputy Clerk

*Fee Notice*
*(11/26/18)*