UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Frederick James,                    :    Chapter    13
                                              :
         Debtor(s)                            :    Case No.:    19-13566-mdc

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE ATUOMATIC STAY

AND NOW, to wit, this 25th, day of June, 2019, upon consideration of the foregoing Motion to Extend the Automatic Stay, beyond 30 days, it is hereby **ORDERED** and **DECREED** that the Automatic Stay in the above caption matter shall remain in full force and effect as to all creditors for the duration of this case unless the creditor after motion, notice and cause shown is granted an Order of Relief from the stay.

Date: June 25, 2019

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge