United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frederick James  
       Debtor

Case No. 19-13566-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Jun 27, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db            +Frederick James,    8849 Roosevelt Blvd.,    Philadelphia, PA 19152-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:  
       HENRY ALAN JEFFERSON    on behalf of Debtor Frederick  James hjefferson@hjeffersonlawfirm.com,  
         hjeffersonone@gmail.com;r60499@notify.bestcase.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY  
         bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                 TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:     Frederick James,              :  Chapter      13
                                         :
            Debtor(s)                    :  Case No.:    19-13566-mdc

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE ATUOMATIC STAY**

**AND NOW**, to wit, this _25th_, day of _June_, 2019, upon consideration of the foregoing Motion to Extend the Automatic Stay, beyond 30 days, it is hereby **ORDERED** and **DECREED** that the Automatic Stay in the above caption matter shall remain in full force and effect as to all creditors for the duration of this case unless the creditor after motion, notice and cause shown is granted an Order of Relief from the stay.

Date: _June 25, 2019_

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge