# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-13566-MDC

FREDERICK  JAMES

8849 ROOSEVELT BLVD.

PHILADELPHIA, PA 19152-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FREDERICK  JAMES

8849 ROOSEVELT BLVD.

PHILADELPHIA, PA 19152-

Counsel for debtor(s), by electronic notice only.

HENRY ALAN JEFFERSON
JEFFERSON LAW LLC
1735 MARKET ST., STE 3750
PHILADELPHIA, PA 19103-

    /S/ William C. Miller

Date: 8/9/2019    _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee