### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Frederick James

        Debtor(s)

Case No: 19−13566−mdc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why
this case should not be dismissed for failure to pay the second installment payment in the amount of $78.00.
will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 9/5/19

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 22, 2019