**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>FREDERICK  JAMES | Chapter 13 |
| Debtor | Bankruptcy No. 19-13566-MDC |

# O R D E R

  AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 5, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
HENRY ALAN JEFFERSON
JEFFERSON LAW LLC
1735 MARKET ST., STE 3750
PHILADELPHIA, PA 19103-

Debtor:
FREDERICK  JAMES

8849 ROOSEVELT BLVD.

PHILADELPHIA, PA 19152-