# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Chapter 13 |
| Frederick James, | |
| Debtor | Bankruptcy No.: 19-13566-MDC |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that on September 5, 2019, a copy of the Motion for Reconsideration of Dismissal was served, by either ECF or first-class regular U.S. mail, on the above-named debtor, and creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition.

I further certify that at least 14 days have lapsed since such mailing and that no response in opposition to the Application has been filed or received by this office.

It is respectfully requested that the Court reinstate the Debtor's Chapter 13 Case.

Respectfully Submitted,

JEFFERSON LAW, LLC

Date: September 23, 2019    By: _____

Henry A. Jefferson, Esquire.
Attorney for Debtor(s)
Jefferson Law, LLC
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
P: 215.399.0911
E: hjefferson@hjeffersonlawfirm.com