UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Frederick James,        :   Chapter    13
                                 :
         Debtor(s)               :   Case No.   19-13566-MDC
                                 :

### ORDER REINSTATING CHAPTER 13 CASE

AND NOW, this _2nd_, day of _October_ 2019, upon consideration of the foregoing Motion for Reconsideration of Order Dismissing Debtor's Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Debtor's Chapter 13 Case in Reinstated.

Date: 10/2/19

_Magdeline D. C____
HON. MAGDELINE D. COLEMAN
CHIEF BANKRUPTCY JUDGE