# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
**Frederick James**  :
  :  BANKRUPTCY NO. **19-13566 MDC**
Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 11/7/2019 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: 10/3/19 | /s/William C. Miller |
|  | William C. Miller, Esquire |
|  | Chapter 13 Standing Trustee |
|  | P.O. Box 1299 |
|  | Philadelphia, PA  19105 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Frederick James | : |
| Debtor(s) | : BANKRUPTCY NO. 19-13566 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Frederick James
8849 Roosevelt Blvd.
Philadelphia, PA 19152

HENRY ALAN JEFFERSON
Jefferson Law, LLC
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106

Date: 10/3/19

/s/ William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee