*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Frederick James
    Debtor(s)   Case No: 19–13566–mdc
                                                              Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 11/7/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

                                         For The Court

                                         Timothy B. McGrath
                                         Clerk of Court

47 – 37
Form 152