United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13566-mdc
Frederick James                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD           Page 1 of 2           Date Rcvd: Oct 04, 2019
                              Form ID: 152           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             +Frederick James,    8849 Roosevelt Blvd.,    Philadelphia, PA 19152-1311
14335759       +Aes/suntrust,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14335763       +Eastern Account System, Inc.,    Attn: Bankruptcy,    Po Box 837,    Newtown, CT 06470-0837
14340925       +Jefferson Law, LLC,    BNY Mellon Center,    1735 Market Street, Suite 3750,
                 Philadelphia, PA 19103-7532
14339671       +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14335767       +Td Auto Finance,    Attn: Bankruptcy Dept,    Po Box 9223,    Farmington Hills, MI 48333-9223
14335768       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 05 2019 02:45:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2019 02:45:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2019 02:45:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14335761        E-mail/Text: megan.harper@phila.gov Oct 05 2019 02:45:39      City of Philadelphia,
                 c/o Law Department,    Tax Unit/Bankruptcy Group, MSB,    1401 JFK Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
14335762       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 05 2019 02:41:46      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14364052       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2019 02:45:26      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14371517        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2019 02:41:35
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14352447       +E-mail/Text: blegal@phfa.org Oct 05 2019 02:45:28      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14335765       +E-mail/Text: blegal@phfa.org Oct 05 2019 02:45:28      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    211 North Front Street,    Harrisburg, PA 17101-1406
14335766       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 05 2019 02:41:55      Regional Acceptance Co,
                 Attn: Bankruptcy,    Po Box 1487,    Wilson, NC 27894-1487
                                                                                             TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14335760*      +Aes/suntrust,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14335764*      +Frederick James,    8849 Roosevelt Blvd,    Philadelphia, PA 19152-1311
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              HENRY ALAN JEFFERSON    on behalf of Debtor Frederick  James hjefferson@hjeffersonlawfirm.com,
               hjeffersonone@gmail.com;r60499@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2           User: TashaD                 Page 2 of 2                  Date Rcvd: Oct 04, 2019
                               Form ID: 152                 Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Frederick James
    Debtor(s)

Case No: 19−13566−mdc

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 11/7/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

47 − 37
Form 152