```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 19-13566-mdc
Frederick James                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett          Page 1 of 2           Date Rcvd: Nov 22, 2019
                              Form ID: pdf900          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db            +Frederick James,    8849 Roosevelt Blvd.,    Philadelphia, PA 19152-1311
14335759      +Aes/suntrust,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14335763      +Eastern Account System, Inc.,    Attn: Bankruptcy,    Po Box 837,    Newtown, CT 06470-0837
14340925      +Jefferson Law, LLC,    BNY Mellon Center,    1735 Market Street, Suite 3750,
                Philadelphia, PA 19103-7532
14339671      +PENNSYLVANIA HOUSING FINANCE AGENCY,     c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14335767      +Td Auto Finance,    Attn: Bankruptcy Dept,    Po Box 9223,    Farmington Hills, MI 48333-9223
14335768      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:25:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2019 03:25:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14335761       E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:02      City of Philadelphia,
                 c/o Law Department,    Tax Unit/Bankruptcy Group, MSB,    1401 JFK Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
14335762      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 03:34:18       Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14364052      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 23 2019 03:25:42      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14371517       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2019 03:34:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14352447      +E-mail/Text: blegal@phfa.org Nov 23 2019 03:25:44      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14335765      +E-mail/Text: blegal@phfa.org Nov 23 2019 03:25:44      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    211 North Front Street,    Harrisburg, PA 17101-1406
14335766      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 23 2019 03:34:12      Regional Acceptance Co,
                 Attn: Bankruptcy,    Po Box 1487,    Wilson, NC 27894-1487
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14335760*     +Aes/suntrust,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14335764*     +Frederick James,    8849 Roosevelt Blvd,    Philadelphia, PA 19152-1311
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              HENRY ALAN JEFFERSON    on behalf of Debtor Frederick  James hjefferson@hjeffersonlawfirm.com,
               hjeffersonone@gmail.com;r60499@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Nov 22, 2019
                               Form ID: pdf900              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    WILLIAM C. MILLER, Esq.  on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER, Esq.  ecfemails@ph13trustee.com, philaecf@gmail.com
                                          TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

Frederick James                                                  Chapter 13

       Debtor(s)

                                   Bankruptcy No. 19-13566-mdc

**ORDER**

AND NOW, this  21st  day of  November , 2019, it is

1.*( X ) ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( ) ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( ) ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( ) ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( ) ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

                                                        _____
                                                    Chief Judge Magdeline D. Coleman

Dated:                                                    United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm